# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOSEPH HESS**                                                                              **PLAINTIFF**

V.                          **CASE NO. 3:19-CV-148-DPM-BD**

**GREENE COUNTY JAIL**                                                          **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge D.P. Marshall Jr. Mr. Hess may file written objections to this Recommendation if he disagrees with its findings or conclusions. If objections are filed, they should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Hess may waive the right to appeal questions of fact.

**II.**    **Discussion**

Joseph Hess, formerly an inmate at the Greene County Detention Facility, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #1) Mail sent to Mr. Hess from the Court was returned as "undeliverable," with a notation that Mr. Hess was "not here." (#3, #6) Mr. Hess has failed to inform the Court of his current address, as required for parties who are not represented by counsel. See Local Rule 5.5.

In a June 6, 2019 order, Mr. Hess was directed to notify the Court of his current address within 30 days. (#4) In that order, the Court specifically cautioned Mr. Hess that his claims could be dismissed if he failed to update his address. To date, he has failed to comply with the Court's June 6, 2019 Order, and the time for doing so has passed.

### III. Conclusion

The Court recommends that Mr. Hess's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's June 6, 2019 Order and his failure to prosecute this lawsuit.

DATED this 15th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE