# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JOSEPH HESS**                                                    **PLAINTIFF**

**v.**                            **No. 3:19-cv-148-DPM**

**GREENE COUNTY JAIL**                                    **DEFENDANT**

## ORDER

Hess hasn't responded; his mail is being returned undelivered. № 8. Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hess's complaint will be dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_12 August 2019_