# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOSEPH HESS**                                                    **PLAINTIFF**

v.                          No. 3:19-cv-148-DPM

**GREENE COUNTY JAIL**                                             **DEFENDANT**

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 August 2019