# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSEPH HESS**  PLAINTIFF

v.  No. 3:19-cv-148-DPM

**GREENE COUNTY JAIL**  DEFENDANT

## ORDER

Motion to reopen, № 13, denied. The Court understands the potential issue with Hess's mail. But Hess was not granted *in forma pauperis* status, and the Court entered Judgment approximately six months ago. If Hess wants to pursue his claims, then he may do so in a new lawsuit. This case is closed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2020